[No. 17719-6-II.   Division Two.   February 16, 1996.]

D. GARY DENT, ET AL., *Appellants*, v. GRAYS HARBOR
COMMUNICATION CENTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 92-2-00017-9, Gordon Godfrey, J.,
entered November 15, 1993. *Reversed* by unpublished
opinion per Bridgewater, J., concurred in by Seinfeld, C.J.,
and Wiggins, J. Pro Tem.

[No. 18149-5-II.   Division Two.   February 16, 1996.]

GEORGE E. ELSTON, *Appellant*, v. DEPARTMENT OF
LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-2-07499-4, D. Gary Steiner, J., entered
March 30, 1994. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Seinfeld, C.J., and Hough-
ton, J.

[No. 18028-6-II.   Division Two.   February 16, 1996.]

FORREST McPHERSON, ET AL., *Appellants*, v. CITY OF
WINLOCK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 92-2-01106-7, David R. Draper, J., entered
January 24, 1994. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Houghton, A.C.J., and
Turner, J.

[No. 18202-5-II.   Division Two.   February 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN J.
SAMPLES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-03269-4, Grant L. Anderson, J., entered
March 3, 1994. *Affirmed* by unpublished opinion per
Fleisher, J. Pro Tem., concurred in by Morgan and Turner,
JJ.